UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2976 PSG (RCx) | Date | August 10, 2009 |
|---|---|---|---|
| Title | Min Sun Park v. Just Mortgage, Inc., et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present    Not Present

**Proceedings:   (In Chambers) Granting Motion to Expunge Lis Pendens [24]**

OneWest Bank, FSB ("Defendant") requests that the Court expunge the lis pendens recorded on May 1, 2009, in the County of Riverside as Document Number 2009-0218013 by Min Sun Park ("Plaintiff") against title to certain real property located at 45906 Corte Carmello, Temecula, California 92592, APN: 962-231-027. In relevant part, California Code of Civil Procedure section 405.32 provides that a court "shall order that the notice [of lis pendens] be expunged if the court finds that the claimant has not established by a preponderance of the evidence the probable validity of the real property claim."

Plaintiff has not established by a preponderance of the evidence the probable validity of her real property claim. In fact, Plaintiff failed to file an opposition to Defendant's motion to dismiss the complaint, which the Court granted in a separate order issued today. Therefore, the Court GRANTS the motion.

Also, Defendant moves for attorneys' fees and costs pursuant to California Code of Civil Procedure section 405.38, which provides:

> The court shall direct that the party prevailing on any motion under this chapter be awarded the reasonable attorney's fees and costs of making or opposing the motion unless the court finds that the other party acted with substantial justification or that other circumstances make the imposition of attorney's fees and costs unjust.

As originally enacted, section 405.38 granted courts the discretion to determine whether to award fees; however, the California Legislature amended the statute in 1992 to "make an award of attorney fees mandatory" unless the court finds that one of the two aforementioned

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2976 PSG (RCx) | Date | August 10, 2009 |
|---|---|---|---|
| Title | Min Sun Park v. Just Mortgage, Inc., et al. | | |

exceptions applies. *Castro v. Superior Court*, 116 Cal. App. 4th 1010, 1018, 10 Cal. Rptr. 3d 865 (2004). Plaintiff has not demonstrated that she acted with substantial justification or that other circumstances make the imposition of attorneys' fees and costs unjust. Accordingly, the Court GRANTS Defendant's request for attorneys' fees and costs. Defendant shall submit a motion for attorneys' fees and costs and a proposed order expunging the lis pendens within 45 days.

**IT IS SO ORDERED.**