GEORGE T. MCDONNELL (BAR NO. 89623)
MARISSA M. PRAYONGRATANA (BAR NO. 245027)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: tmcdonnell@allenmatkins.com
        mprayongratana@allenmatkins.com

Attorneys for Defendant
ONEWEST BANK, FSB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN SUN PARK, an individual, | Case No. CV09-2976-PSG (RCx) |
| Plaintiff, | DEFENDANT ONEWEST BANK, FSB'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT; DECLARATION OF MARISSA M. PRAYONGRATANA |
| vs. | |
| JUST MORTGAGE, INC., a California Corporation; INDYMAC FEDERAL BANK FSB, a Federal Savings Bank; ONEWEST BANK, FSB, a Federal Savings Bank; QUALITY LOAN SERVICE CORP., a California Corporation; WASHINGTON MUTUAL BANK, a Federal Association organized and existing under the laws of the Unites States of America; JP MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York Corporation; and DOES 1-10, inclusive, | Date: October 26, 2009<br>Time: 1:30 p.m.<br>Ctrm: 790<br>Judge: Hon. Philip S. Gutierrez |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Monday, **October 26, 2009**, at **1:30 p.m.**, or as soon thereafter as the matter may be heard, before the Honorable Philip S. Gutierrez, United States District Judge, in Courtroom 790 of the United States Courthouse located at 255 E. Temple Street, Los Angeles, California, Defendant OneWest Bank, FSB ("OneWest") will move this Court for an award of Attorney's

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

838513.01/LA

NOTICE OF MOTION AND MOTION FOR
ATTORNEY'S FEES AND COSTS;
MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT

Fees and Costs in the amount of $1,930.50 pursuant to California Code of Civil Procedure § 405.38 against Plaintiff Min Sun Park ("Plaintiff") and/or Plaintiff's attorney, Trinity Law Associates, Inc.

OneWest is entitled to a grant of attorney's fees and costs pursuant to *Code of Civil Procedure* § 405.38 because, based on OneWest's Motion, the Court expunged the Notice of Pendency of Action that Plaintiff improperly recorded on the real property that is the subject of this action.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities in support thereof, the Declaration of Marissa M. Prayongratana in support, all pleadings and papers on file in the action, including OneWest's Motion to Dismiss Complaint, or in the Alternative, For More Definite Statement; and to Expunge Lis Pendens filed on July 23 2009, the Court's Minute Order regarding the August 10, 2009 hearing on the Motion to Expunge Lis Pendens, all other matters of which the Court may take judicial notice, and such other and further matters as may be presented to the Court at or in connection with the hearing.

This Motion is made following a written meet and confer letter that was sent to Plaintiff's counsel on August 21, 2009. To date, Plaintiff's counsel has not responded to the letter.

Dated: September 16, 2009

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
GEORGE T. MCDONNELL
MARISSA M. PRAYONGRATANA

By: /s/ Marissa M. Prayongratana
MARISSA M. PRAYONGRATANA
Attorneys for Defendant
ONEWEST BANK, F.S.B

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

838513.01/LA

-2-

NOTICE OF MOTION AND MOTION FOR
ATTORNEY'S FEES AND COSTS;
MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT

## MEMORANDUM OF POINTS & AUTHORITIES

### I. INTRODUCTION

In April 2009, Plaintiff Min Sun Park ("Plaintiff") filed a frivolous sixteen-count Complaint against Defendant OneWest Bank, FSB ("OneWest") and five other defendants. Shortly thereafter, Plaintiff improperly recorded a Notice of Pendency of Action, which clouded title to the real property that is the subject of this action. In response to Plaintiff's actions, OneWest moved to both dismiss the Complaint pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) and to expunge the lis pendens. Plaintiff failed to oppose either motion. On August 10, 2009, the Court granted OneWest's Motion to Dismiss with leave to amend, deeming Plaintiff's failure to oppose the Motion to Dismiss as Plaintiff's consent to the granting of the motion pursuant to Local Rule 7-12. More than one month has passed since the Motion to Dismiss was granted with leave to amend, yet Plaintiff still has not filed an amended Complaint.

On August 10, 2009, the Court also found that Plaintiff did not establish by a preponderance of the evidence the probable validity of her real property claim, and therefore granted OneWest's Motion to Expunge the Lis Pendens ("Motion to Expunge"). The Court granted Defendant's request for attorneys' fees and cost in connection with the Motion to Expunge, and ordered Defendant to submit a motion for attorneys' fees within 45 days. (Court's Civil Minutes, August 10, 2009).

Pursuant to California *Code of Civil Procedure* § 405.38 and the Court's grant of its Motion to Expunge on August 10, 2009, Defendant OneWest requests that the Court award its reasonable attorneys' fees and costs in connection with the Motion to Expunge in the amount of $1,930.50.

### II. THE COURT MUST AWARD THE PREVAILING PARTY IN A MOTION TO EXPUNGE ITS ATTORNEYS FEES AND COSTS.

Pursuant to *Code of Civil Procedure* § 405.38, when a court orders a *lis pendens* expunged, the order **must** direct that the prevailing party be awarded its

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

838513.01/LA

NOTICE OF MOTION AND MOTION FOR
ATTORNEY'S FEES AND COSTS;
MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT

reasonable attorneys' fees and costs. This award is **mandatory**, unless the Court finds that the opposing party acted with substantial justification, or that other circumstances make the imposition of attorneys' fees and costs unjust. *Cal. Civ. Proc. Code* § 405.38.

When a party moves to expunge a lis pendens, the Code of Civil Procedure requires that the party who recorded the lis pendens establish by a preponderance of the evidence the probable validity of its real property claim. *Cal. Civ. Proc. Code* §§ 405.30, 405.32. In its Motion to Expunge, and concurrently filed Motion to Dismiss, OneWest demonstrated that Plaintiff could not succeed on her real property claims, and therefore her recording of the lis pendens was improper. Plaintiff did not oppose the Motion to Expunge, and thus failed to meet her burden of establishing the probable validity of her claims. The only "real property claim" which Plaintiff asserted in her Complaint was for quiet title, and she failed to allege essential elements of the claim and failed to verify the Complaint as required by statute.

The Court was justified in granting the Motion to Expunge the Lis Pendens and finding that Plaintiff did not act with substantial justification in recording the lis pendens. In fact, despite receiving proper notice of the Motion to Expunge, Plainitff failed to even oppose it. The Court was also justified in granting OneWest's request for attorneys' fees and cost. Accordingly, OneWest, as the prevailing party on the Motion to Expunge, requests that it be awarded its reasonable attorneys' fees and costs in connection with the Motion to Expunge and the instant Motion for Attorneys' Fees in the amount of $1,930.50. *Cal. Civ. Proc. Code* § 405.38; Declaration of Marissa M. Prayongratana, ¶¶ 4-14.

//
//
//

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

838513.01/LA

-2-

NOTICE OF MOTION AND MOTION FOR
ATTORNEY'S FEES AND COSTS;
MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT

### III. CONCLUSION.

For all the foregoing reasons, Defendant OneWest Bank, FSB respectfully requests that the Court grant its Motion for Attorney's Fees and Costs in the amount of $1,930.50.

Dated: September 16, 2009

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
GEORGE T. MCDONNELL
MARISSA M. PRAYONGRATANA

By: /s/ Marissa M. Prayongratana
    MARISSA M. PRAYONGRATANA
    Attorneys for Defendant
    ONEWEST BANK, F.S.B

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

838513.01/LA

-3-

NOTICE OF MOTION AND MOTION FOR
ATTORNEY'S FEES AND COSTS;
MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT

## DECLARATION OF MARISSA M. PRAYONGRATANA

I, Marissa M. Prayongratana, declare as follows:

1. I am an associate in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), counsel of record for Defendant OneWest Bank, FSB ("OneWest") in this action. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. This Declaration is made in support of OneWest's Motion for Attorney's Fees based on the Court's granting of OneWest's Motion to Expunge *Lis Pendens*, under Section 405.38, for attorneys' fees and costs.

3. The attorneys' fees and costs incurred by OneWest for Allen Matkins' work related to the Motion to Expunge are described herein. The detailed daily billing entries for the work Allen Matkins has performed cannot be attached hereto, however, as this case in ongoing and such records are privileged. That is, they reflect Allen Matkins' privileged work product, as well as certain attorney client communications. Production of these detailed billing records would prejudice OneWest in its continued defense of this suit.

4. OneWest has been charged this firm's standard hourly rates, which are $325.00 per hour for my time, and $565.00 per hour for the time of George T. McDonnell, the litigation partner handling this matter.

5. I have been an active member of the California State Bar since 2006. I received my Bachelor's and Master's degree in Social Welfare (M.S.W.) from the University of California, Los Angeles, in 1998 and 2001, respectively. In 2006, I received my J.D. from Loyola Law School, Los Angeles. I have been a litigation associate with Allen Matkins since 2006. I worked on all aspects of OneWest's Motion to Expunge. I spent no less than 2.0 hours researching, preparing and drafting the Motion to Expunge and Proposed Order.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

838513.01/LA

NOTICE OF MOTION AND MOTION FOR
ATTORNEY'S FEES AND COSTS;
MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT

6. In addition, I spent no less than 1.0 hour drafting the instant Motion for Attorneys' Fees and Costs, and intend to spend no less than 2.0 hours drafting a reply brief, traveling to and attending the hearing on the Motion for Attorneys' Fees and Costs.

7. Mr. McDonnell has been an active member of the California State Bar since 1979, with over 29 years of experience in real estate and commercial litigation, including complex cases involving motions to expunge *lis pendens*. Mr. McDonnell received his bachelor's degree from the University of California, Los Angeles, in 1976, and his J.D. from Hastings College of the Law in 1979. Mr. McDonnell has been a litigation partner with Allen Matkins since 1986, and worked on all aspects of OneWest's Motion to Expunge. Mr. McDonnell spent no less than .5 hours reviewing and revising the Motion to Expunge.

8. Prior to making this Declaration, I personally reviewed the billings for Allen Matkins' work related to the Motion to Expunge and the instant Motion for Attorney's Fees.

9. Between myself and Mr. McDonnell, we spent over 2.5 hours researching and preparing for the Motion to Expunge and its supporting papers, and attending the July 13, 2009 hearing on the matter.

10. Moreover, OneWest incurred $23.00 in costs associated with messengering a courtesy copy of the Motion to Expunge to the Court.

11. In total, OneWest has been billed over $932.50 in connection with the preparation and filing of the Motion to Expunge Lis Pendens.

12. Furthermore, I spent over 1 hour preparing the Motion for Attorneys' Fees and Costs and its supporting papers, and intend to spend more than 2 hours drafting a reply, traveling to and attending the hearing on the Motion for Attorneys' Fees and Costs.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

838513.01/LA

-2-

NOTICE OF MOTION AND MOTION FOR
ATTORNEY'S FEES AND COSTS;
MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT

13. Based upon my experience and knowledge, the services reflected above were performed in good faith, and the fees thereby incurred by OneWest were reasonable and necessary to prepare the Motion to Expunge.

14. OneWest should be awarded attorneys' fees and costs in the total sum of not less than $1,930.50 (representing, as set forth above, $932.50 for attorneys' fees related to the Motion to Expunge, $23.00 in costs associated with the delivery of the Motion to Expunge to the Court, and $975.00 for attorneys' fees related to the instant Motion for Attorneys' Fees and Costs).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 16, 2009, at Los Angeles, California.

/s/ Marissa M. Prayongratana
Marissa M. Prayongratana

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

838513.01/LA

-3-

NOTICE OF MOTION AND MOTION FOR
ATTORNEY'S FEES AND COSTS;
MEMORANDUM OF POINTS &
AUTHORITIES IN SUPPORT