UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Doc. 34**
**cc: Fiscal**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2976 PSG (RCx) | Date | October 22, 2009 |
|---|---|---|---|
| Title | Min Sun Park v. Just Mortgage, Inc. *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers) Order Granting Defendant's Motion for Attorney's Fees and Costs**

Pending before the Court is Defendant OneWest Bank, FSB's Motion for Attorney's Fees and Costs. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; Local R. 7-15. After considering the moving papers, the Court hereby GRANTS the Motion.

I.   Background

On August 10, 2009, the Court granted the Motion to Expunge Lis Pendens filed by Defendant OneWest Bank, FSB ("Defendant"). The Court also granted Defendant's request for attorney's fees and costs, directing Defendant to file the instant motion. On September 16, 2009, Defendant filed a Motion for Attorney's Fees and Costs. In its motion, Defendant requests $1,930.50 in attorney's fees and costs. Plaintiff did not file an opposition to the motion.

II.   Discussion

Defendant moves for attorney's fees and costs pursuant to California Code of Civil Procedure § 405.38, which provides:

> The court shall direct that the party prevailing on any motion under this chapter be awarded the reasonable attorney's fees and costs of making or opposing the motion unless the court finds that the other party acted with substantial justification or that other circumstances make the imposition of attorney's fees and costs unjust.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Doc. 34**

**cc: Fiscal**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2976 PSG (RCx) | Date | October 22, 2009 |
|---|---|---|---|
| Title | Min Sun Park v. Just Mortgage, Inc. *et al.* | | |

Cal. Code Civ. Proc. § 405.38.  Ordinarily, fee requests should be documented in great detail.  *See Weber v. Langholz*, 39 Cal. App. 4th 1578, 1587, 46 Cal. Rptr. 2d 677 (1995).  Such documentation allows the court to determine if the attorney's fees sought are in fact reasonable.  *See Martino v. Denevi*, 182 Cal. App. 3d 553, 559, 227 Cal. Rptr. 354 (1986) (noting that it is "unacceptable" to place the trial court in the position of simply guessing the actual value of the attorney's services).  In this case, Defendant requests $1,930.50 in fees and costs.  To support this request, Defendant submitted a declaration explaining the hourly rates, time spent, and additional costs associated with litigating the motion to expunge and the instant motion.  *See Prayongratana Decl.*

      The Court believes that a total attorney's fees and costs award of $1,443.00 is both warranted and reasonable.  The Court arrives at this figure by evaluating the reasonableness of the fees and costs incurred in litigating the motion to expunge and the instant motion.

      Defendant incurred a total of $1,257.50 in fees while litigating the motion to expunge.  Two attorneys from the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins") worked on Defendant's motion to expunge.  Marissa M. Prayongratana ("Prayongratana") is an associate at Allen Matkins and has been an active member of the California State Bar since 2006.  *See id.* ¶ 5.  Prayongratana charges an hourly rate of $325.00 per hour and spent two hours researching, preparing, and drafting the motion.  *See id.* ¶¶ 4, 5.  The other attorney who worked on the motion to expunge was George T. McDonnell ("McDonnell"), a litigation partner at Allen Matkins.  McDonnell has been an active member of the California State Bar since 1979 and has over 29 years of experience in real estate and commercial litigation.  *See id.* ¶ 7.  McDonnell charges an hourly rate of $565.00 per hour and spent one-half hour reviewing and revising the motion.  *See id.* ¶¶ 4, 7.  In light of the Court's familiarity with the rates charged by similarly situated attorneys in this geographic area, the Court finds the rates of Prayongratana and McDonnell to be reasonable.  Furthermore, the Court finds the fees charged in litigating the motion to expunge to be reasonable in light of the Court's experience in dealing with similar motions.  Additionally, Defendant requests $23.00 in costs for delivering the courtesy copy of the motion to expunge, which the Court finds to be reasonable.

      In litigating the instant motion for fees and costs, Prayongratana spent one hour drafting the motion.  *See id.* ¶ 6.  Prayongratana also estimates that two hours would be required for drafting a reply brief and attending the hearing on the instant motion.  *See id.*  However, Plaintiff failed to file an opposition and attendance at a hearing will not be necessary.  Thus, the Court awards fees for one-half hour for drafting the Notice of Non-Opposition filed on October 20,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Doc. 34**

**cc: Fiscal**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2976 PSG (RCx) | Date | October 22, 2009 |
|---|---|---|---|
| Title | Min Sun Park v. Just Mortgage, Inc. *et al.* | | |

2009, which the Court determines to be a reasonable amount of time to draft a notice of non-opposition.

    In sum, the Court finds an award of $1,443.00 in attorney's fees and costs to be reasonable.

III.    <u>Conclusion</u>

    Based on the foregoing, the Court GRANTS Defendant's Motion for Attorney's Fees and Costs, and awards Defendant $1,443.00 in attorney's fees and costs.

    **IT IS SO ORDERED.**