**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#38 / 11-16 hrg off cal**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2976 PSG (RCx) | Date | November 12, 2009 |
|---|---|---|---|
| Title | Min Sun Park v. Just Mortgage, Inc. *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(In Chambers) Order GRANTING Defendant Just Mortgage, Inc.'s Motion for Judgment on the Pleadings**

Before the Court is Defendant Just Mortgage, Inc.'s Motion for Judgment on the Pleadings. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15.

On April 28, 2009, Plaintiff Min Sun Park ("Plaintiff") filed this suit against, *inter alia*, Defendants Just Mortgage, Inc. ("Just Mortgage") and JP Morgan Chase National Corporate Services, Inc. ("JP Morgan Chase").

On October 9, 2009, Just Mortgage filed a Motion for Judgment on the Pleadings, seeking to have all claims against Just Mortgage dismissed with prejudice. Under Local Rule 7-9, Plaintiff was required to file and serve an opposition to the motion by November 2, 2009. Plaintiff did not file an opposition by that date. Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition to be consent to the granting of Just Mortgage's motion. *See* L.R. 7-12. Accordingly, the Court grants Just Mortgage's Motion for Judgment on the Pleadings with prejudice.

Additionally, Plaintiff was required to serve JP Morgan Chase with a copy of the complaint and summons within 120 days of filing the complaint. *See* Fed. R. Civ. P. 4(m). To date, there is no indication that Plaintiff has complied with Rule 4(m). Thus, Plaintiff's claims as to JP Morgan Chase are dismissed with prejudice.

Based on the foregoing, the Court:

**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#38 / 11-16 hrg off cal**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2976 PSG (RCx) | Date | November 12, 2009 |
|---|---|---|---|
| Title | Min Sun Park v. Just Mortgage, Inc. *et al.* | | |

1.    GRANTS Defendant Just Mortgage, Inc.'s Motion for Judgment on the Pleadings with prejudice; and

2.    DISMISSES Plaintiff's Complaint as to Defendant JP Morgan Chase National Corporate Services, Inc. with prejudice.

**IT IS SO ORDERED.**