E-FILED: 12/11/09

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MIN SUN PARK | CASE NUMBER |
|---|---|
| PLAINTIFF(S) vs. | CV 09-2976-PSG (RCx) |
| JUST MORTAGE, INC., ET AL. DEFENDANT(S). | DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE |

On November 12, 2009, the Court issued an Order to Show Cause for Lack of Prosecution. A written response to this Order to Show Cause was ordered to be filed no later than November 22, 2009.

To date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: 12/11/09

_____
Philip S. Gutierrez
U.S. District Judge